

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

IN THE MATTER OF THE                 CASE NO. 3:18MJ034-SLO
SEARCH OF:
Gold 2004 Honda Accord bearing
Georgia license plate number RDP-9620

---

ORDER SEALING APPLICATION FOR TRACKING WARRANT,
SUPPORTING AFFIDAVIT, TRACKING WARRANT AND RETURN

---

Upon Motion of the United States Attorney and for good cause shown;

IT IS ORDERED that the Application for Tracking Warrant, Supporting Affidavit,

Tracking Warrant and Return for captioned matter be sealed and kept from public inspection.


4/3/18
DATE

MICHAEL J. NEWMAN
U.S. MAGISTRATE JUDGE